# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**617**
**CAF 15-00409**
PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, DEJOSEPH, AND NEMOYER, JJ.

---

IN THE MATTER OF AZALEAYANNA S.G.-B.
AND RAJAHALEE D.G.-B.
-----------------------------------------------
HERKIMER COUNTY DEPARTMENT OF SOCIAL SERVICES,                    ORDER
PETITIONER-RESPONDENT;

QUANEESHA S.G., RESPONDENT-APPELLANT.
(APPEAL NO. 1.)

---

JOHN J. RASPANTE, UTICA, FOR RESPONDENT-APPELLANT.

JACQUELYN M. ASNOE, HERKIMER, FOR PETITIONER-RESPONDENT.

---

Appeal from a judgment of the Family Court, Herkimer County (John J. Brennan, J.), entered March 4, 2015 in a proceeding pursuant to Social Services Law § 384-b.  The judgment, among other things, adjudged that the subject children are abandoned children and transferred respondent's guardianship and custody rights to petitioner.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051).

Entered:  July 1, 2016                               Frances E. Cafarell
                                                     Clerk of the Court